# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

IN RE RAYMOND JOSEPH SCULLY, JR., AND SHIRLEY H. SCULLY

BANKRUPTCY PETITION: 18-50993

JUDGE JOHN W. KOLWE

---

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

**NOW INTO COURT**, through undersigned counsel, comes Debtors, Raymond J. Scully, Jr., and Shirley H. Scully, who request that Jeffrey K. Coreil and B. Lance Person and the law firm of NeunerPate be formally withdrawn as counsel of record for Raymond J. Scully, Jr., and Shirley H. Scully in the above entitled and numbered cause. Tom St. Germain shall remain as counsel of record for Raymond J. Scully, Jr. and Shirley H. Scully in the above entitled and numbered cause.

Respectfully submitted,

**NEUNERPATE**

*/s/ B. Lance Person*
JEFFREY K. COREIL - 32405
B. LANCE PERSON - 35280
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450

#

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served on the following counsel and parties on January 24  2019:

*/s/ B. Lance Person*
**COUNSEL**

1. Raymond J. Scully, Jr., through counsel of record, Jeffrey K. Coreil, (jcoreil@neunerpate.com), Frank X. Neuner, Jr. (fneuner@neunerpate.com), B. Lance Person, (lperson@neunerpate.com), **and Tom St. Germain (tstgermain@weinlaw.com).**

2. Shirley H. Scully, through counsel of record, Jeffrey K. Coreil, (jcoreil@neunerpate.com), Frank X. Neuner, Jr. (fneuner@neunerpate.com), B. Lance Person, (lperson@neunerpate.com), **and Tom St. Germain (tstgermain@weinlaw.com).**

3. Creditor, Pedestal Bank, through counsel of record Stewart Peck (Speck@lawlaw.com) and Joseph Briggett (Jbriggett@lawla.com).

4. Trustee, Elizabeth Andrus, through counsel of record Catherine E. Lasky (klasky@laskymurphy.com; mtuminaro@laskymurphy.com).

5. U.S. Trustee, through Office of U. S. Trustee 300 Fannin St., Suite 3196, Shreveport, LA 71101 (USTPRegion05.SH.ECF@usdoj.gov).